UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-cv-23541-MARTINEZ

JERRY HO individually, and as Personal
Representative of the ESTATE OF AMY
TONG

     Plaintiff,
v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE,

     Defendant.
_____/

## PLAINITFF'S MOTION FOR CONTINUANCE OF TRIAL TO NEXT AVAILABLE TRIAL CALENDAR

Plaintiff Jerry Ho ("Plaintiff"), by and through undersigned counsel, hereby files this Motion for a Continuance of the trial period and in support states:

1. This case is currently set for jury trial during the Court's two-week trial calendar beginning on August 8, 2024.  Calendar call is set for April 5, 2024 . [DE 152].

2. The parties have submitted their pretrial filings as required by the Court's Order on Pretrial Procedures (DE 146) including filing their pretrial stipulation, exhibit list and witness list.

3. However, Plaintiff's counsel is set to begin a jury trial before Judge Ariana Fajardo Orshan on April 8, 2024 in the case *Wilmot v. Guilio Desiderato, et al,* CASE NO. 2019-003895-CA-01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida.  Trial is expected to continue at least until April 12, 2024 and appears unlikely to settle.

4. This conflicting case was filed in February of 2019.

1

5. The parties estimate that the trial of the matter before this Court will require more than one week.

6. Further, Plaintiff has been unable to contact or even determine the status of its vocational rehabilitation expert, Shaun Mundy Aulita, despite its efforts beginning in early February and may need additional time to ensure this witnesses appearance.

7. For the above stated reasons, Plaintiff respectfully requests the Court continue the trial in this matter to the next available trial period or another date convenient for the Court.

8. Plaintiff submits that good cause exists to grant the requested continuance and that the request is made in good faith and not for the purposes of undue delay.

9. The request for continuance will not prejudice any party and is not a result of dilatory practices.  The brief continuance requested will allow counsel to fully prepare for trial in this matter and will avoid Plaintiff's counsel's conflicting jury trial set for April 8 through at least April 12.

Wherefore, Plaintiff Jerry Ho, respectfully requests the Court to enter an Order continuing the jury trial to the next available trial calendar or another trial period convenient for the Court, as well as any other relief this Honorable Court deems just and necessary under the circumstances.

### S.D. Fla. L.R. 7.1 Certification

I hereby certify that undersigned counsel conferred with counsel for Defendant, and on April 3, 2024, counsel for Defendant stated that it did not agree to the relief requested, but provided no reason for its opposition.

Dated: April 4, 2024                                      Respectfully submitted,

                                                MOORE & COMPANY, P.A.
                                                *Counsel for Plaintiff*
                                                255 Aragon Avenue, Third Floor
                                                Coral Gables, Florida 33134
                                                Tel: (786)221-0600

        Fax: (786)221-0601
        kvartak@moore-and-co.com
        cnaughton@moore-and-co.com

        **s**/Clay Naughton
        Clay Naughton, Esq.
        Florid Bar No. 29302
        Kavan Vartak, Esq.
        Florida Bar No. 1017058

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 4, 2024, this document was filed by undersigned counsel and served on all counsel of record via the Clerk of the Court using the Court's electronic filing system, CM/ECF.

        **s**/Clay Naughton
        Clay Naughton, Esq.
        Florid Bar No. 29302