UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-cv-23541-CIV-MARTINEZ

JERRY HO individually,
and as Personal Representative
of the ESTATE OF AMY TONG

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JERRY HO, individually and as Personal Representative of the ESTATE OF AMY TONG, and Defendant, ROYAL CARIBBEAN CRUISES LTD., by and through undersigned counsel, and pursuant to L.R. 16.4, hereby notify this Honorable Court that all pending claims between Plaintiff and Defendant have been settled, with each party to bear its own attorney's costs. The parties respectfully request that this Court retain jurisdiction until the terms of the settlement are met, and a notice of dismissal under Federal Rule of Civil Procedure 41 will be submitted upon effectuation of the terms of the settlement.

Dated:  April 5, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Kavan Vartak* | /s/ *George S. Florez* |
| CLAY M. NAUGHTON, ESQ. | GEORGE S. FLOREZ, ESQ. |
| Florida Bar No. 29302 | Florida Bar No. 127331 |
| KAVAN VARTAK, ESQ. | RICHARD J. McALPIN, ESQ. |
| Florida Bar No. 1017058 | Florida Bar Number 438420 |

McALPIN FLOREZ MARCOTTE, P. A.
80 SOUTHWEST 8TH STREET, SUITE 2805, MIAMI, FLORIDA  33130 * TEL (305) 810-5400 * FAX (305) 810-5401

| | |
|---|---|
| MOORE & COMPANY, P.A. | McALPIN FLOREZ MARCOTTE, P.A. |
| 255 Aragon Avenue, Third Floor | 80 S.W. 8th Street, Suite 2805 |
| Coral Gables, Florida 33134 | Miami, FL 33130 |
| Tel: (786)221-0600 | Tel: 305-810-5400 |
| Fax: (786)221-0601 | Fax: 305-810-5401 |
| cnaughton@moore-and-co.com | rmcalpin@mfm-maritime.com |
| kvartak@moore-and-co.com | gflorez@mfm-maritime.com |
| *Counsel for Plaintiff* | scardelle@mfm-maritime.com |
| | dduran@mfm-maritime.com |
| | *Counsel for Defendant* |